LAYDON v. UNITED STATES. (Circuit Court of Appeals. Ninth Circuit. May 13, 1901.) No. 686. In Error to the District Court of the United States for the Northern District of California. P. F. Dunne, for plaintiff in error. Marshall B. Woodworth, U. S. Atty. Cause dismissed under rule 23 (31 C. C. A. clxiii., 90 Fed. clxiii.) for failure to print record, and under rule 24 (31 C. C. A. clxiv., 90 Fed. clxiv.) for failure to file brief.

---

LINDEBERG et al. v. CHIPPS. (Circuit Court of Appeals, Ninth Circuit. February 21, 1901.) No. 631. Appeal from the District Court of the United States for the Second Division of the District of Alaska. J. C. Campbell, Chas. S. Johnson, K. M. Jockson, and W. H. Metson, for appellants. Hubbard, Beeman & Hume, for appellee. T. J. Geary, for receiver Alexander McKenzie. No opinion. Pursuant to stipulation of counsel, judgment of district court reversed, and decree entered upon the merits in favor of appellants.

---

LINDEBERG et al. v. REQUA. (Circuit Court of Appeals, Ninth Circuit. February 21, 1901.) No. 648. Appeal from District Court of the United States for the Second Division of the District of Alaska. J. C. Campbell, Chas. S. Johnson, K. M. Jockson, and W. H. Metson, for appellants. Hubbard, Beeman & Hume, for appellee. T. J. Geary, for receiver Alexander McKenzie. No opinion. Pursuant to stipulation of counsel, judgment of district court reversed, and decree entered upon the merits in favor of appellants.

---

LOUISVILLE & N. R. CO. et al. v. INTERSTATE COMMERCE COMMISSION. (Circuit Court of Appeals, Fifth Circuit. May 14, 1901.) No. 910. Appeal from the Circuit Court of the United States for the Southern District of Alabama. Ed. Baxter, for appellant. L. A. Shaver, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Considering the opinions of the supreme court of the United States in Interstate Commerce Commission v. Clyde S. S. Co., 21 Sup. Ct. 512, 45 L. Ed. ——, and East Tennessee, V. & G. Ry. Co. v. Interstate Commerce Commission, 21 Sup. Ct. 516, 45 L. Ed. ——, recently decided, not yet officially reported, this case is remanded to the circuit court, with instructions to set aside its decree adjudging that the order of the commission be enforced (102 Fed. 709), and dismiss the application made for that purpose, with costs; the whole to be without prejudice to the right of the commission to proceed upon the evidence already introduced before it, or upon such further pleadings and evidence as it may allow to be made or introduced, to hear and determine the controversy according to law.